IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01135-WYD-MJW

STATE FARM FIRE & CASUALTY COMPANY, INC.;
HARTFORD UNDERWRITERS INSURANCE COMPANY;
PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD;
HARTFORD FIRE INSURANCE COMPANY; and
ALLSTATE INSURANCE COMPANY,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

## ORDER

THIS MATTER is before the Court on a Motion to Consolidate filed on September 13, 2006, by Interstate Fire & Casualty Company ("Interstate"), a plaintiff in a separate case styled *Interstate Fire & Casualty Company v. United States of America*, civil action no. 06-cv-01207-EWN-BNB (docket #12).  In the Motion to Consolidate, Interstate seeks consolidation of civil action no. 06-cv-01207 (the "Interstate Case") with the instant case (the "State Farm Case") pursuant to Fed. R. Civ. P. 42(a). Because the State Farm Case is the lower numbered case, I will rule on the proposed consolidation.

Upon review of the motion, it appears that consolidation of the two cases is appropriate under Rule 42(a).  However, the motion states that Interstate has not conferred with either the Defendant United States of America, nor any of the Plaintiffs

in the State Farm Case regarding the motion to consolidate.  Therefore, it is hereby

ORDERED that any party who OPPOSES consolidation may file a Response to Interstate's Motion to Consolidate on or before **Monday, October 16, 2006**.  It is

FURTHER ORDERED that such Response shall be filed in this case only (civil action no. 06-cv-1135).  It is

FURTHER ORDERED that the clerk shall docket a copy of this Order in civil action no. 06-cv-01207.

Dated:  October 5, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge