**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-01135-WYD-MJW
(Consolidated with Civil Action No. 06-cv-01207-EWN-BNB)

**STATE FARM FIRE & CASUALTY COMPANY, INC.,
HARTFORD UNDERWRITERS INSURANCE COMPANY,
PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,
HARTFORD FIRE INSURANCE COMPANY, and
ALLSTATE INSURANCE COMPANY,
INTERSTATE FIRE & CASUALTY COMPANY**

Plaintiffs,

v.

**UNITED STATES OF AMERICA**,

Defendant.

**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER**

**(DN 29)**

This matter comes before the Court on the Parties' Stipulated Motion To Amend Scheduling Order.  The Court having considered this motion, hereby finds good cause to grant the motion.

THEREFORE, IT IS HEREBY ORDERED that the Stipulated Motion to Amend Scheduling Order (DN 29), is GRANTED.  The Scheduling Order is amended as follows

| | | |
|---|---|---|
| a. | Expert Disclosure: | February 1, 2007 |
| b. | Rebuttal Expert Disclosure: | March 1, 2007 |
| c. | Serve Written Discovery: | March 12, 2007 |
| d. | Discovery Cut-off: | April 16, 2007 |
| e. | Dispositive Motions: | May 30, 2007 |

2

IT IS FURTHER ORDERED that the November 9, 2006 settlement conference is VACATED and RESET on March 2, 2007, at 8:30 a.m., in Courtroom A-502, 901 19th Street, Denver, CO 80294. Confidential settlement statements shall be submitted to the court on or before February 26, 2007.

IT IS FURTHER ORDERED that the Final Pretrial Conference set on June 8, 2007, at 8:30 a.m., shall remain set.

Signed and dated this 2nd Day of November, 2006.

BY THE COURT:

S/Michael J. Watanabe_____
Michael J. Watanabe
U.S. Magistrate Judge
District of Colorado