IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01135-WYD-MJW
(As consolidated with 06-cv-01207-WYD-MJW)

STATE FARM FIRE AND CASUALTY COMPANY, INC., et al.,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Second Stipulated Motion to Amend Scheduling Order and Request for Status Conference (docket no. 39) is GRANTED IN PART AND DENIED IN PART.  The motion is GRANTED as follows.

a.  The deadline to disclose experts is extended up to and including May 16, 2007;

b.  The deadline to disclose rebuttal experts is extended up to and including June 18, 2007;

c.  The deadline to serve written discovery is extended up to and including June 25, 2007;

d.  The deadline to complete all discovery is extended up to and including July 30, 2007;

e.  The deadline to file dispositive motions is extended up to and including August 30, 2007; and,

f.  The final pretrial conference set on June 8, 2007, at 8:30 a.m. is VACATED and RESET on October 3, 2007, at 10:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

The parties shall submit their proposed final pretrial order to the court five (5) days prior to the final pretrial conference consistent with this court's e-filing

requirement.  The Rule 16 Scheduling Order is amended consistent with this minute order.

It is FURTHER ORDERED that the portion of this motion requesting a status conference is DENIED.

Date:  February 6, 2007