IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01135-WYD-MJW
(consolidated with Civil Action Nos. 06-cv-01207-WYD-MJW and
06-cv-01602-WYD-MJW)

STATE FARM FIRE & CASUALTY COMPANY, INC.;
HARTFORD UNDERWRITERS INSURANCE COMPANY;
PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD;
HARTFORD FIRE INSURANCE COMPANY;
ALLSTATE INSURANCE COMPANY;
WALLACE WHITE;
LAURIE GLAUTH, individually and as trustee for the Zelma Worden Trust;
CHARLES PHILLIPS, individually and as Trustee for the Phillips Family Trust I;
MARCIA PHILLIPS;
GARY BIESKE; and
SANDRA BIESKE,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

**ORDER**

      THIS MATTER is before the Court on the Unopposed Motion to Bifurcate Issues of Liability and Damages, field February 9, 2007 (docket #43).  This consolidated case arises from the 2002 Hayman fire.  Plaintiffs in this case seek to recover damages sustained in the fire pursuant to the Federal Tort Claims Act.  The individual Plaintiffs, with agreement of all other parties in this case, move the court to bifurcate issues of liability and damages in order to promote speedy and efficient litigation.  In the motion, Plaintiffs state that there is little chance of a negotiated settlement in this matter unless

and until a determination of liability is made by the court.

A trial court has discretion to order bifurcation of any claim or separate issue for convenience, to avoid prejudice or when separate trials will be conductive to expedition and economy. *Angelo v. Armstrong World Industries*, 11 F.3d 957, 964-65 (10th Cir. 1993). Upon review of the unopposed motion and file in this matter, I find that bifurcation of issues of liability and damages in this case promotes efficiency and is fair to all parties. Therefore, it is hereby

ORDERED that the Unopposed Motion to Bifurcate Issues of Liability and Damages, field February 9, 2007 (docket #43) is **GRANTED**. The issues of liability and damage shall be tried separately.

Dated: February 9, 2007

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge