IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01135-WYD-MJW
(Consolidated with Civil Action No. 06-cv-01207)

STATE FARM FIRE & CASUALTY COMPANY, INC.;
HARTFORD UNDERWRITERS INSURANCE COMPANY;
PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD;
HARTFORD FIRE INSURANCE COMPANY;
ALLSTATE INSURANCE COMPANY;
INTERSTATE FIRE & CASUALTY COMPANY;
WALLACE WHITE;
LAURIE GALUTH, individually and as Trustee for the Zelma Worden Trust;
CHARLES PHILLIPS, individually and as Trustee for the Phillips Family Trust I;
MARCIAL PHILLIPS;
GARY BIESKI; and
SANDRA BIESKI,

                     Plaintiffs,

v.

UNITED STATES OF AMERICA.

                     Defendant.

## ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER (Docket No. 47)

THIS MATTER comes before this Court on the Parties Stipulated Motion To Amend Scheduling Order. The Court having considered this stipulated motion, hereby finds good cause to grant the motion.

IT IS THEREFORE ORDERED that the deadlines set forth in the August 17, 2006 Scheduling Order are amended as follows:

  a. Expert Disclosure:     June 18, 2007

  b. Rebuttal Expert Disclosure:  July 18, 2007

    c.    Serve Written Discovery:    July 25, 2007

    d.    Discovery Cut-off:    August 30, 2007

    e.    Dispositive Motions:    September 28, 2007

IT IS FURTHER ORDERED that the dates for the Settlement Conference, Final Pretrial Order and the Final Pretrial Conference shall remain as set forth in the Scheduling Order.

DATED this 15th day of May, 2007.

Michael J. Watanabe
U.S. Magistrate Judge
District of Colorado

7351

2