IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01135-WYD-MJW
(As consolidated with 06-cv-01207-WYD-MJW)

STATE FARM FIRE AND CASUALTY COMPANY, INC., et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendants.

---

### ORDER REGARDING PLAINTIFFS' MOTION FOR LEAVE TO TAKE THE DEPOSITION OF TERRY LYNN BARTON (DOCKET NO. 62)

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This matter is before the court on Plaintiffs' Motion for Leave to Take the Deposition of Terry Lynn Barton (docket no. 62). The court has reviewed the motion and has taken judicial notice of the court's file. In addition, the court has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court finds:

1. That I have jurisdiction over the subject matter and over the parties to this lawsuit;

2. That venue is proper in the state and District of Colorado;

2

3. That each party has been given a fair and adequate opportunity to be heard on the subject motion;

4. That defendant United States of America does not object to this motion;

5. That counsel for Plaintiff State Farm has also contacted Mark Walta and Warren Williamson, Ms. Barton's state and federally appointed public defenders respectively in the underlying criminal cases in which Ms. Barton was a criminal defendant, to discuss Plaintiffs' intention to depose Ms. Barton;

6. That Terry Lynn Barton is currently incarcerated at the FMC Carswell Correctional Facility in Fort Worth, Texas;

7. That Fed. R. Civ. P. 30(a)(2) provides that "[a] party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be examined is confined in prison. . . ." See Ashby v. McKenna, 331 F.3d 1148 (10th Cir. 2003);

8. That Terry Lynn Barton is a key witness in the pending litigation;

9. That Plaintiffs have established good cause to grant the subject motion.

## ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

3

1. That Plaintiffs' Motion for Leave to Take the Deposition of Terry Lynn Barton (docket no. 62) is **GRANTED**;

2. That the parties shall forthwith meet, confer, and clear a date and time for Terry Lynn Barton's deposition which shall take place at the FMC Carswell Correctional Facility in Fort Worth, Texas;

3. That Plaintiffs shall provide 10 days of advanced written notice of the deposition of Terry Lynn Barton to her state and federal public defenders, Mark Walta and Warren Williamson;

4. That the parties shall comply with all rules and regulations of FMC Carswell Correctional Facility in Fort Worth, Texas, in scheduling and taking the deposition of Terry Lynn Barton;

5. That Plaintiffs shall comply with all Federal Rules of Civil Procedure in issuing any subpoena to Terry Lynn Barton for her deposition.

Done this 28th day of June 2007.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge