IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01135-WYD-MJW

STATE FARM FIRE & CASUALTY COMPANY, INC.,
HARTFORD UNDERWRITERS INSURANCE COMPANY,
PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,
HARTFORD FIRE INSURANCE COMPANY,
ALLSTATE INSURANCE COMPANY,
WALLACE WHITE,
LAURIE GLAUGH, Individually and as Trustee for the Zemla Worden Trust,
CHARLES PHILLIPS, Individually and as Trustee for the Phillips Family Trust I,
MARCIA PHILLIPS
GARY BIESKE and SANDRA BIESKE

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER

---

THIS MATTER is before the Court on Defendant's Motion to Alter or Amend the Denial of Motion for Summary Judgment Based on the Discretionary Function Exception to the FTCA, filed July 25, 2008 (docket # 113). During the Final Trial Preparation Conference, held August 18, 2008, I heard arguments on Defendant's motion. For the reasons stated on the record,

Defendant's Motion to Alter or Amend the Denial of Motion for Summary Judgment Based on the Discretionary Function Exception to the FTCA, filed July 25, 2008 (docket #113) is **DENIED**.

Dated: August 18, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge