IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

Civil Action No.:   06-cv-01135-WYD-MJW (consol. with 06-cv-01207-WYD-MJW and 06-cv-01602-WYD-MJW)

STATE FARM FIRE AND CASUALTY COMPANY, INC., et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 12th day of September, 2008.

BY THE COURT:

s\ Wiley Y. Daniel
WILEY Y. DANIEL,
U. S. DISTRICT JUDGE